UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DAWN MENOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 C 1370 |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY-TRANSPORTATION SECURITY ADMINISTRATION | ) ) ) | Judge Andersen |
| | ) | |
| Defendant. | ) | |

## ATTORNEY DESIGNATION

    Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. *See* LR 83.16(b).

                                                    Respectfully submitted,
                                                    PATRICK J. FITZGERALD
                                                    United States Attorney

                                                    By: s/ Eric S. Pruitt
                                                    ERIC S. PRUITT
                                                    Assistant United States Attorney
                                                    219 South Dearborn Street
                                                    Chicago, Illinois 60604
                                                    (312) 353-5496
                                                    Eric.Pruitt@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with
FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**ATTORNEY DESIGNATION**

were served on April 8, 2008 pursuant to the district court's ECF system.

> s/ Eric S. Pruitt
> ERIC S. PRUITT
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois 60604
> (312) 353-5496