## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Dawn Pajowski Menor

          Plaintiff,

v.

          Case No.: 1:08−cv−01370

          Honorable Wayne R. Andersen

Department of Homeland Security, Transportation Security Administration

          Defendant.

### ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: May 19, 2008

          /s/ Wayne R. Andersen

          United States District Judge