UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Dawn Pajowski Menor

                                              Plaintiff,

v.                                                         Case No.:
                                                          1:08−cv−01370
                                                          Honorable Wayne R. Andersen

Department of Homeland Security, Transportation Security Administration

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing set for 6/17/2008 at 09:00 AM. The parties are directed to conduct a Rule 26(a)(1) planning conference by 6/6/08. The parties are to file a joint report of planning conference (and deliver a courtesy copy to chambers) by 6/13/08, using the format specified by the Court in its standing order available on the Court's website. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.