# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Dawn Pajowski Menor

                                    Plaintiff,

v.                                                Case No.:
                                                  1:08−cv−01370
                                                  Honorable Wayne R.
                                                  Andersen

Department of Homeland Security, Transportation
Security Administration

                                    Defendant.

_____

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held and continued to 10/1/2008 at 09:00 AM. Rule 26(a)(1) disclosures are to be submitted by 6/23/08. All non−retained expert fact discovery is to be completed by 9/23/08. The parties shall disclose experts and submit Rule 26(a)(2) reports by 11/23/08. The depositions of all experts are to be completed by 12/23/08. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.