IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DAWN PAJOWSKI MENOR,** | ) | Judge Wayne R. Andersen |
| | ) | Mag. Sidney I. Schenkier |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.   08 C 1370 |
| | ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| **TRANSPORTATION SAFETY** | ) | |
| **ADMINISTRATION,** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

**PLAINTIFF'S DISCLOSURE
PURSUANT TO FEDERAL RULE 26**

**NOW COMES** the plaintiff, **DAWN PAJOWSKI MENOR**, by and through her attorneys, the law firm of THEISEN & ROCHE, LTD., and pursuant to Federal Rule 26, state the following:

A. **Individuals likely to have discoverable information relevant to disputed facts**:

1. Parties to this lawsuit;

2. Medical providers listed in plaintiff's list of all pertinent treating physicians;

3. Francisco Partida, TSA;

4. Officer Brian L. - Badge #23749, TSA

5. Dr. Donald McIntosh, DDS, Ocala, FL

B. **Description, by category and location of all documents, data, compilations and tangible things in the possession, custody or control of the plaintiffs**:

| # | DATE | PROVIDER | DESCRIPTION | AMOUNT |
|---|------|----------|-------------|--------|
| 1 | 09/12/05 | **Medical Imaging of Ocala**<br>P.O. Box 6200<br>Ocala, FL  34478<br>(352) 732-5990 | MRI - Upper Ext. | $   1,460.00 |
| 2 | 09/07/05<br>to<br>03/29/06<br><br>12/11/06<br>06/18/08 | **Cynthia Harding, M.D.**<br>1400 U.S. Highway 441<br>North Bldg. 920, Suite 922<br>Naples, FL  32159<br>(352) 751-0981 | Office Visits<br>Surgery | $   3,286.00<br><br><br><br>$      114.00<br>$    unknown |
| 3 | 12/01/05 | **Villages Regional Hospital**<br>1451 El Camino Real<br>Lady Lake, FL  32159<br>(352) 751-8000 | Surgery | $  10,512.78 |
| 4 | 12/14/05<br>to<br>02/07/06 | **Strive Physical Therapy**<br>1015 S.E. 17th, Ste 300<br>Ocala, FL  34471<br>(352) 690-7777 | Physical Therapy | $   2,126.40 |
| 5 | 01/28/05 | **Family Doctors of Belleview**<br>5051 SE 110th Street<br>Belleview, FL  34420 | Office Visit<br>X-ray | $      120.00 |
| 6 |  | **Publix Prescriptions**<br>Ocala, FL | Pharmacy | $        17.95<br>$        32.95 |
| 7 | 11/29/05 | **Diagnostic Pathology**<br>Leesburgh, FL | X-ray | $        26.00 |
| 8 | 01/10/06 | **Sally Beauty Supply** | Misc. Equip.<br>(Parrafin Tx) | $        12.99<br>$        29.99<br>$        23.88<br>$        27.99 |
| 9 | 01/18/06 | **Ocala Regional Physical Therapy**<br>Ocala, FL | Hand Exercise Equipment | $        14.38 |
|  |  | **TOTAL:** |  | **$ 17,805.31** |

C. **Computation of Damages.**

| | |
|---|---|
| Medical Bills (past and future)........... | $ 17,805.21 (ongoing) |
| Wage Loss ......................... | $ To be determined |
| Permanency ........................ | $ 37,200.00 |
| Pain and suffering (past and future)...... | $ 75,000.00 |
| Loss of Normal Life (past and future) .... | $ 45,000.00 |

D. **Insurance Policy Information:**

    Unknown

Respectfully submitted

**THEISEN & ROCHE, LTD.**

By: /s/ Christopher T. Theisen
    Christopher T. Theisen
    Attorney for Plaintiff

**THEISEN & ROCHE, LTD.**
Attorneys for Plaintiff
2100 Manchester Road, Suite 201
Wheaton, IL   60187
(630) 871-9003 - PHONE
(630) 653-2525 - FAX
ARDC #6202010