IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DAWN PAJOWSKI MENOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Honorable Wayne R. Anderson |
| | ) | |
| v. | ) | No.   08 C 1370 |
| | ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| **TRANSPORTATION SECURITY** | ) | |
| **ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR LEAVE TO FILE

**NOW COMES** the plaintiff, **DAWN PAJOWSKI MENOR**, and moves this Court for the entry of an Order granting plaintiff leave to file her Answers to Affirmative Defenses instanter, a copy of which is attached hereto.

**THEISEN & ROCHE, LTD**.

By: /S/   Christopher T. Theisen
        Christopher T. Theisen

**THEISEN & ROCHE, LTD**.
Attorneys for Plaintiff
2100 Manchester Road, Suite 201
Wheaton, IL   60187
Atty. No. 6197061
**PHONE**:  (630) 871-9003 **FAX**:  (630) 653-2525

-1-