IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DAWN PAJOWSKI MENOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Honorable Wayne R. Anderson |
| | ) | |
| v. | ) | No.   08 C 1370 |
| | ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** | ) | |
| **TRANSPORTATION SECURITY** | ) | |
| **ADMINISTRATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

TO:   Mr. Eric S. Pruitt
      **ASSISTANT UNITED STATES ATTORNEY**
      219 South Dearborn Street
      Chicago, IL   60604

Please take notice that on   **July 23, 2008**, at  **9:00**  a.m., or soon thereafter as counsel may be heard, I shall appear before the Honorable Wayne R. Anderson, or any other judge sitting in her stead, in the courtroom usually occupied by her in Room 1403 at the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present plaintiffs' Motion for Leave to File Affirmative Defenses, a copy of which is attached hereto and hereby served upon you.  You may appear at such time and place as you see fit.

**THEISEN & ROCHE, LTD**.

By: /S/  Christopher T. Theisen
    Christopher T. Theisen

## CERTIFICATE OF SERVICE

THE undersigned certifies that the foregoing Notice and Motion was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on     July 15, 2008    , 2008.

BY:   _____ U.S. Mail          _____ FAX
      _____ Hand Delivery      _____ Overnight Courier
      _____ Other              _____ Federal Express

Signature:    /S/ Christopher T. Theisen

-1-

-2-

**THEISEN & ROCHE, LTD**.
Attorneys for Plaintiff
2100 Manchester Road, Suite 201
Wheaton, IL   60187
Atty. No. 6197061
**PHONE**:  (630) 871-9003 **FAX**:  (630) 653-2525