IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAWN PAJOWSKI MENOR, ) | |
| ) | |
| Plaintiff, ) | Honorable Wayne R. Anderson |
| ) | |
| v. ) | No.   08 C 1370 |
| ) | |
| DEPARTMENT OF HOMELAND SECURITY, ) | |
| TRANSPORTATION SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE

**NOW COMES** the plaintiff, **DAWN PAJOWSKI MENOR**, and moves this Court for the entry of an Order granting plaintiff leave to file her First Amended Complaint at Law, instanter, a copy of which is attached hereto.

                    **THEISEN & ROCHE, LTD**.

                    By: /S/   Christopher T. Theisen
                        Christopher T. Theisen

**THEISEN & ROCHE, LTD**.
Attorneys for Plaintiff
2100 Manchester Road, Suite 201
Wheaton, IL   60187
Atty. No. 6197061
**PHONE**:  (630) 871-9003 **FAX**:  (630) 653-2525

-1-