**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Dawn Pajowski Menor

Plaintiff,

v.                                              Case No.:
                                                1:08–cv–01370
                                                Honorable Wayne R.
                                                Andersen

Department of Homeland Security, Transportation
Security Administration

Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

        MINUTE entry before the Honorable Wayne R. Andersen:Defendant's motion to
file instanter [13] their answer is granted. Plaintiff's motion to amend complaint [15] is
granted. Both documents shall be filed as separate documents and not as attachments.
Parties need not appear in court on 7/23/2008. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at **www.ilnd.uscourts.gov**.