**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Dawn Pajowski Menor

                                Plaintiff,

v.                                                                Case No.: 1:08−cv−01370
                                                                Honorable Wayne R. Andersen

United States Of America, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Plaintiff's agreed motion to extend discovery deadline (doc. # 19) is GRANTED; no appearance on the motion is required. Non−retained expert discovery shall be completed by 10/31/08. Expert disclosures and Rule 26(a)(2) reports are due by 12/31/08. All expert depositions are to be completed by 02/02/09.The status hearing set for 09/30/08 is RESET to 10/30/08 at 9:00 a.m. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.